UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY D. EASLEY, | No. 2:13-CV-1106 AC P |
| Petitioner, | |
| v. | ORDER |
| STATE ATTORNEY GENERAL, | |
| Respondent. | |

    Petitioner seeks relief pursuant to 28 U.S.C. § 2254. His original petition was filed on June 3, 2013. On August 7, 2013, respondent moved to dismiss the petition on the ground that it contains only unexhausted claims. On August 8, 2013, petitioner filed a first amended complaint purporting to contain only exhausted claims.

    Federal Rule of Civil Procedure 15(a), as applied to habeas corpus actions pursuant to 28 U.S.C. 2242, affords petitioner the opportunity to amend his petition once as a matter of course within twenty-one days after serving it or within twenty-one days after service of a responsive pleading or a motion under Rule 12(b), (e), or (f), whichever is earlier. In addition, the United States Supreme Court has explicitly held that habeas petitioners may amend their petitions to delete unexhausted claims rather than suffering dismissal. See Rose v. Lundy, 455 U.S. 509, 520 (1982).

    In accordance with the above, IT IS ORDERED THAT:

    1. This action shall proceed on the first amended petition filed August 8, 2008;

1

2. Respondent's motion to dismiss the original petition (ECF No. 8) is denied without prejudice;

3. Respondent shall file a response to the amended habeas petition within sixty days from the date of this order.  See Rule 4, 28 U.S.C. foll. § 2254.  An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition.  See Rule 5, 28 U.S.C. foll. § 2254;

4. If the response to the amended petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer;

5. If the response to the amended petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondent's reply, if any, shall be filed and served within fourteen days thereafter.

DATED: September 17, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

AC:ls//easl1106.100.amd