UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY D. EASLEY,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>STATE ATTORNEY GENERAL,<br><br>　　　　Respondent. | No. 2:13-cv-01106 JAM AC P<br><br><br><br>ORDER |

     Petitioner is a state prisoner proceeding pro se with a first amended habeas corpus application pursuant to 28 U.S.C. § 2254.  The undersigned issued Findings and Recommendations on May 1, 2014 recommending that respondent's motion to dismiss be granted and that petitioner's amended federal habeas corpus petition be dismissed without prejudice for failing to exhaust state court remedies.  ECF No. 23.  On July 18, 2014 petitioner filed objections to the Findings and Recommendations which also included a purported motion to recuse the undersigned for cause based on her inability to fairly decide this legal matter without bias.  See ECF No. 28 at 1.  As a basis for the motion, petitioner cites the undersigned's order of July 10, 2014 partially granting his second request for an extension of time to file objections to the Findings and Recommendation.  ECF No. 28 at 2-3.

     The court will construe this portion of petitioner's objections to the Findings and Recommendations as a separate motion for recusal.  See Haines v. Kerner, 404 U.S. 519, 520 (1972) (stating that pro se pleadings are to be liberally construed).  So construed, the motion will

1

1  be denied. Plaintiff's motion must be denied because a judge's rulings while presiding over a case
2  do not constitute extra-judicial conduct. See Nilsson, Robbins, Dalgarn, Berliner, Carson &
3  Wurst v. Louisiana Hydrolec, 854 F.2d 1538, 1548 (9th Cir. 1988). All of plaintiff's allegations
4  stem from the prior rulings made by the undersigned while presiding over the present case.
5  Plaintiff's disagreement with the court's ruling on his motion for an extension of time is not a
6  legitimate ground for seeking recusal, and plaintiff's motion shall be denied.
7      Accordingly, IT IS HEREBY ORDERED that petitioner's motion to recuse the
8  undersigned is denied.
9  DATED: July 23, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE