UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY D. EASLEY,<br><br>Petitioner,<br><br>v.<br><br>STATE ATTORNEY GENERAL,<br><br>Respondent. | No. 2:13-cv-1106 JAM AC P<br><br><br><br>ORDER |

Petitioner has filed his third request for an extension of time to file and serve objections to the May 1, 2014 findings and recommendations.  However, petitioner filed objections to the findings and recommendations on July 18, 2014.  ECF No. 28.  Therefore, the motion will be denied as moot.

IT IS HEREBY ORDERED that petitioner's request for an extension of time (ECF No. 30) is denied as moot.

DATED: August 5, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE